IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

      Plaintiff,                        No. CIV S 06-1850 GEB CMK P

      vs.

CALIFORNIA CORRECTIONS PEACE
OFFICERS' ASSOCIATION, et al.,

      Defendants..             ORDER

                            /

        Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  In his October 27, 2006 second amended complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place in Tehachapi, California which is in Kern County.  Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California.[1]  See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

---

[1] Plaintiff names the California Department of Corrections and Rehabilitation and the City of Sacramento as defendants.  Both of these defendants are within the judicial district covered by this court.  However, plaintiff's complaint fails to state a claim upon which relief can be granted against these defendants.

1

division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

        Good Cause appearing, IT IS ORDERED that:

        1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

        2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: November 1, 2006.

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE