IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

        Plaintiff,                              CV F 06 1543 OWW WMW   P

   vs.                                     ORDER TO SHOW CAUSE

CCPOA, et al.,

        Defendants.

        Plaintiff is a former state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

        Plaintiff, formerly an inmate in the custody of the California Department of Corrections at California Correctional Institution Tehachapi, brings this civil rights action against various correctional officials employed by the Department of Corrections.

        The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury."

        This plaintiff has, on 3 prior occasions, brought civil actions challenging the

conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted.  Williams v. Andrews, CV F 01 6222  REC HGB P; Willaims v. Wood, CV 01 6151 REC LJO P; Williams v. Rendon, CV 01 5891 AWI SMS P. Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he is imminent danger of serious physical injury.

      Plaintiff is no longer incarcerated by the California Department of Corrections. He is no longer subject to conditions of confinement.  The allegations of the compliant relate to the conduct of CDC officials at Tehachapi.   There are no claims or allegations that plaintiff is currently in imminent danger of serious injury.  All allegations relate to past conduct of the defendants.  Plaintiff is therefore not entitled to proceed in forma pauperis.  Plaintiff may bring this claim, but he must submit the full filing fee.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff is directed to show cause, within thirty days of the date of service of this order, why

      1. Plaintiff's application to proceed in forma pauperis is denied pursuant to 28 U.S.C. § 1915(g).

      2. Plaintiff shall submit, within thirty days of the date of service of this order, the $150.00 filing fee for a civil action.  Should plaintiff fail to do so, the court will recommend dismissal of this action pursuant to Local Rule 11-110.

      IT IS SO ORDERED.

**Dated:   June 11, 2007**          /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE