IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**LONNIE WILLIAMS,**

        **Plaintiff,**                      CV F 06 1543 OWW WMW P

   vs.                              **ORDER RE MOTIONS**
                                      **(DOCS 21, 23, 24, 26)**

**CCPOA, et al.,**

        **Defendants.**

        **Plaintiff, a former state prisoner, has filed various motions regarding the service of his complaint. On August 1, 2007, a recommendation of dismissal for failure to prosecute was entered. Until such time as the recommendation of dismissal for failure to prosecute has been resolved, any other motions are premature. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions regarding the service of his complaint are denied as premature.**

IT IS SO ORDERED.

**Dated:**   **August 2, 2007**                    **/s/ William M. Wunderlich**
                                                      UNITED STATES MAGISTRATE JUDGE