IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

        Plaintiff,        CV F 06 1543 OWW WMW P

  vs.                      ORDER RE MOTIONS
                                (DOCS 27, 28, 29, 30, 31)

CCPOA.,

        Defendant.

     Plaintiff has filed motions for leave to amend and motions to admit additional facts and evidence into this case. Subsequently, this action was dismissed for Plaintiff's failure to prosecute. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions are denied as moot.

     IT IS SO ORDERED.

**Dated:   January 16, 2008**             /s/  **William M. Wunderlich**
                                                          UNITED STATES MAGISTRATE JUDGE

1